IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-01603-WDM-BNB

HAROLD LEE UHEY, JR.,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General of the United States Postal Service,

    Defendant.

## ORDER ON MOTION TO DISMISS

Miller, J.

This matter is before me on defendant's motion to dismiss, filed September 27, 2004. The sole ground raised in the motion is that the amended complaint filed by plaintiff Harold Lee Uhey Jr. on September 10, 2004, fails to comply with my August 30, 2004 order directing Uhey to properly amend his complaint.[1]

I have reviewed the September 10, 2004, and, construed liberally, I conclude it satisfies both my orders and Fed. R. Civ. P. 8(a). To the extent defendant does not understand the complaint, he can clarify Uhey's claims through discovery and other pretrial

---

[1] On July 30, 2004, I directed plaintiff Harold Lee Uhey, Jr. to file an amended complaint setting forth his claim under the Rehabilitation Act, 29 U.S.C. §§ 701-796*l*. My order notified Uhey that failure to comply would result in dismissal of his case.
On August 19, 2004, Uhey filed a document entitled "Amended Complaint." In my order of August 30, I found the document deficient and ordered Uhey to file an amended complaint "in the format required by Fed. R. Civ. P. 8(a) and the Local Rules of this Court, setting forth his claim under the Rehabilitation Act, 29 U.S.C. §§ 701-796*l*." I again warned him that failure to comply would result in dismissal of his case.

proceedings.

Accordingly, it is ordered:

1. The reference of the motion to dismiss to Magistrate Judge Boland is withdrawn.

2. The motion to dismiss, filed September 27, 2004, is denied.

DATED at Denver, Colorado, on July 19, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge

PDF FINAL