IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.   03-WM-1603(BNB)

HAROLD LEE UHEY, JR.,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General of the United States Postal Service,

    Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Boyd N. Boland (doc no 62), issued November 15, 2006, that defendant's motion for summary judgment be granted and this case be dismissed.  Plaintiff Harold Lee Uhey has not objected to this recommendation and therefore is not entitled to *de novo* review.  28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the amended complaint, motion for summary judgment, Uhey's response, and the recommendation.

Defendant moved for summary judgment on the grounds that Uhey, a former federal employee, failed to exhaust his administrative remedies on his Rehabilitation Act claim.  I agree with Magistrate Judge Boland that Uhey did not show good cause for his failure to file an EEO complaint for nearly two and half years after the alleged

adverse action and has not established that he is entitled to equitable tolling. In addition, I agree with Magistrate Judge Boland that Uhey has not provided evidence sufficient to establish a prima facie case under FMLA.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Boland (doc no 62) is accepted.

2. The motion for summary judgment (doc no 56) is granted.

3. Plaintiff's complaint is dismissed with prejudice.

DATED at Denver, Colorado, on January 16, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge